■ MARBURT HOLDING CORP. v. PICTO CORP. et al.— Motion for leave to appeal to the Court of Appeals granted. Settle order. Concur — Botein, P. J., Breitel, Rabin, M. M. Frank and Stevens, JJ. [See 5 A D 2d 617.]

■ PEASE & ELLIMAN, INC. v. S. H. KRESS & CO.— Motion for leave to reargue or for leave to appeal to the Court of Appeals granted. Settle order. Concur — Botein, P. J., Breitel, M. M. Frank, McNally and Stevens, JJ. [See post, p. 792.]

■ D. & S. CHEMICAL CORPORATION v. N. V. NEDERLANDSCH AMERIKAAN-SCHE STOOMVAART MAATSCHAPPIJ.— Motion for leave to reargue or for leave to appeal to the Court of Appeals denied, with $10 costs. Concur — Botein, P. J., Breitel, M. M. Frank, McNally and Stevens, JJ.

■ FRANCES NASH, Individually and as Executrix of EDWARD M. NASH, Deceased, v. MAX FRANK et al.— Motion for leave to reargue or for leave to appeal to the Court of Appeals denied, with $10 costs. Concur — Botein, P. J., Breitel, Rabin, M. M. Frank and Stevens, JJ.

■ DANANN REALTY CORP. v. DAVID A. HARRIS et al.— Motion for leave to appeal to the Court of Appeals granted. Settle order. Concur — Botein, P. J., Breitel, Rabin, M. M. Frank and Stevens, JJ.

■ CROWELL-COLLIER PUBLISHING COMPANY et al. v. SAMUEL JOSEFOWITZ et al.— Motion for leave to reargue denied, but motion for leave to appeal to the Court of Appeals granted. Settle order. Concur — Botein, P. J., Breitel, Rabin, M. M. Frank and Stevens, JJ.

■ In the Matter of ADRIAN R. ALLAN, Deceased. IRVING TRUST COMPANY, as Executor. ADRIAN R. ALLAN, JR., as Executor.— Motion for leave to appeal to the Court of Appeals granted. Settle order. Concur — Breitel, J. P., M. M. Frank, McNally, Stevens and Bergan, JJ.

■ BENJAMIN SCHNEIDER v. C. H. D. ROBBINS COMPANY, INC., et al.— Motion for leave to reargue denied, with $10 costs. Concur — Botein, P. J., Breitel, Stevens and Bergan, JJ.

## (June 25, 1958)

■ JOSEPHINE CALLAHAN v. GRACE BOLLER et al.— Motion to dismiss appeal granted upon default, with $10 costs. Concur — Breitel, J. P., M. M. Frank, Valente, McNally and Bergan, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK v. JOHN WILLIAM LANDI.— Motion to dismiss appeal granted. Concur — Breitel, J. P., M. M. Frank, Valente, McNally and Bergan, JJ.

■ JULIUS GORIN v. JACOB GRUWET, as Fire Commissioner of the City of New York, et al.— Motion to dismiss appeal granted upon default, with $10 costs. Concur — Breitel, J. P., M. M. Frank, Valente, McNally and Bergan, JJ.